MINUTES OF CHAPTER 13 § 341(a) MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: __Hindle_____ JAD/TPA/CMB/**GLT**

Case Number: __17-21378__

Date of Meeting: __8__/__7__/__17__                Recording # _____
Debtor(s) present ___ or Not Present ✓ (__ No Payments Made or ___ partial payments)
Attorney for debtor(s) __Steidl_____ (Present ✓ or Not Present ___)
Date of Plan at § 341: _____ Applicable commitment period ___3 yrs ___5 yrs

2nd missed 341
No payments
Debtor has decided not to pursue this case.

_____ Meeting HELD and CONCLUDED
_____ Meeting HELD but CONTINUED (not closed)
_____ Meeting NOT HELD                    _____ Order to Show Cause Requested
                                            _____ To be rescheduled by Clerk

_____ Confirmation Order recommended _____ Final _____ Interim
_____ Amended Plan due: _____; Objections due: _____
___✓___ Trustee recommends dismissal of the case (Debtor consents)
_____ Trustee recommends dismissal of the case (Debtor does not consent)*
_____ Trustee recommends dismissal of the case (Debtor has no defense)
_____ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
_____ Continued to:
        _____ 341 Meeting    OR _____ Conciliation Conf. OR ___ *Contested Hearing
        On _____ at _____ am/pm Location _____

_____
Chapter 13 Trustee/Attorney for Trustee