Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Cindy L. Hindle** | : | Case No. 17−21378−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | Issued Per 8/7/2017 Proceeding |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND
## TERMINATING WAGE ATTACHMENT

*AND NOW,* this **9th day of August, 2017,** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1) The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. **Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.**

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Cindy L. Hindle  
    Debtor

Case No. 17-21378-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: dbas                   Page 1 of 2                  Date Rcvd: Aug 09, 2017
                               Form ID: 309                 Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 11, 2017.
```
db            +Cindy L. Hindle,    25 Mansion Avenue,    Pittsburgh, PA 15209-1741
r             +Dianne LaNeve,    Coldwell Banker Real Estate Services,    6305 University Boulevard,
                Moon Township, PA 15108-2576
14396527      +AES/Education Loan Servi,    PO Box 61047,    Harrisburg, PA 17106-1047
14396528      +AES/PNC/Natl City,    PO Box 61047,    Harrisburg, PA 17106-1047
14416446      +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                Arlington, TX 76096-3853
14396550       Ditech Financial LLC,    PB Box 6172,    Rapid City, SD 57709
14396551       Dollar Bank,    3 Gateway Center 10 South,    Pittsburgh, PA 15222
14522265      +PHEAA,    PO Box 8147,    Harrisburg, PA 17105-8147
14396556      +PHFA-HEMAP,    200 North Front Street,    Harrisburg, PA 17113
14396555       Peoples National Gas,    PO Box 535323,    Pittsburgh, PA 15253-5323
14670231      +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                Pittsburgh, PA 15233-1828
14422065      +U.S. Department of HUD,    451 7th Street S.W.,    Washington, DC 20410-0001
14660952       UPMC Community Medicine,    PO Box 1123,    Minneapolis MN 55440-1123
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14396540       EDI: CAPITALONE.COM Aug 10 2017 01:04:00      Capital One Bank USA NA,    P. O. Box 30281,
                Salt Lake City, UT 84130-0281
14662507       EDI: BL-BECKET.COM Aug 10 2017 01:04:00      Capital One, N.A.,    c/o Becket and Lee LLP,
                PO Box 3001,    Malvern PA 19355-0701
14396542      +E-mail/Text: electronicbkydocs@nelnet.net Aug 10 2017 01:11:01       Dept of Ed/Nelnet,
                3015 Parker Road, 400,    Aurora, CO 80014-2904
14396552      +EDI: PHINAMERI.COM Aug 10 2017 01:03:00      GM Financial,    PO Box 181145,
                Arlington, TX 76096-1145
14396553       EDI: IRS.COM Aug 10 2017 01:04:00      Internal Revenu Service,    PO Box 7346,
                Philadelphia, PA 19101-7346
14421946      +E-mail/Text: key_bankruptcy_ebnc@keybank.com Aug 10 2017 01:11:08       KeyBank N.A.,
                4910 Tiedeman Rd,    Brooklyn, Ohio 44144-2338
14396554      +EDI: CBSKOHLS.COM Aug 10 2017 01:03:00      Kohl's/CapOne,    PO Box 3115,
                Milwaukee, WI 53201-3115
14632877      +E-mail/Text: electronicbkydocs@nelnet.net Aug 10 2017 01:11:01       US Department of Education c/o Nelnet,    121 South 13th Street, Suite 201,
                Lincoln, NE 68508-1911
                                                                                                TOTAL: 8
```
```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOL
cr             Duquesne Light Company
14396557       Verizon
cr*           +Americredit Financial Services, Inc. dba GM Financ,    PO Box 183853,    Arlington, TX 76096-3853
cr*           +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                Pittsburgh, PA 15233-1828
14396530*     +AES/PNC/Natl City,    PO Box 61047,    Harrisburg, PA 17106-1047
14396531*     +AES/PNC/Natl City,    PO Box 61047,    Harrisburg, PA 17106-1047
14396532*     +AES/PNC/Natl City,    PO Box 61047,    Harrisburg, PA 17106-1047
14396533*     +AES/PNC/Natl City,    PO Box 61047,    Harrisburg, PA 17106-1047
14396534*     +AES/PNC/Natl City,    PO Box 61047,    Harrisburg, PA 17106-1047
14396535*     +AES/PNC/Natl City,    PO Box 61047,    Harrisburg, PA 17106-1047
14396536*     +AES/PNC/Natl City,    PO Box 61047,    Harrisburg, PA 17106-1047
14396537*     +AES/PNC/Natl City,    PO Box 61047,    Harrisburg, PA 17106-1047
14396538*     +AES/PNC/Natl City,    PO Box 61047,    Harrisburg, PA 17106-1047
14396539*     +AES/PNC/Natl City,    PO Box 61047,    Harrisburg, PA 17106-1047
14396529*     +AES/PNC/Natl City,    PO Box 61047,    Harrisburg, PA 17106-1047
14396541*      Capital One Bank USA NA,    P. O. Box 30281,    Salt Lake City, UT 84130-0281
14396543*     +Dept of Ed/Nelnet,    3015 Parker Road, 400,    Aurora, CO 80014-2904
14396544*     +Dept of Ed/Nelnet,    3015 Parker Road, 400,    Aurora, CO 80014-2904
14396545*     +Dept of Ed/Nelnet,    3015 Parker Road, 400,    Aurora, CO 80014-2904
14396546*     +Dept of Ed/Nelnet,    3015 Parker Road, 400,    Aurora, CO 80014-2904
14396547*     +Dept of Ed/Nelnet,    3015 Parker Road, 400,    Aurora, CO 80014-2904
14396548*     +Dept of Ed/Nelnet,    3015 Parker Road, 400,    Aurora, CO 80014-2904
14396549*     +Dept of Ed/Nelnet,    3015 Parker Road, 400,    Aurora, CO 80014-2904
                                                                                   TOTALS: 3, * 21, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-2           User: dbas              Page 2 of 2                   Date Rcvd: Aug 09, 2017
                               Form ID: 309            Total Noticed: 21
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 9, 2017 at the address(es) listed below:
          James  Warmbrodt    on behalf of Creditor    BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS
           CWABS, INC. ASSET-BACKED CERTIFICATES, SERIES 2005-14 bkgroup@kmllawgroup.com
          Julie Frazee Steidl    on behalf of Debtor Cindy L. Hindle julie.steidl@steidl-steinberg.com,
           leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;cgoga@steidl-steinberg.com;r53037@notify.bes
           tcase.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;dschimizzi@bernste
           inlaw.com;acarr@bernsteinlaw.com;cabbott@ecf.courtdrive.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 6
```